UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21CR30022 SPM |
| ) | |
| KEVIN KAHRIG ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW John M. Lynch, of the Law Offices of John M. Lynch, LLC, and hereby requests leave of court to withdraw as attorney of record for Defendant Kevin Kahrig, due to a fundamental breakdown in attorney-client communication and Defendant's failure to cooperate with Counsel for any purpose related to legal representation in the above-captioned matter.

WHEREFORE, for the foregoing reasons, Counsel for Defendant Kevin Kahrig requests this honorable Court issue its Order granting leave to withdraw as counsel of record and for any and further relief this Court finds just and prudent under the circumstances.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC.

E/S JOHN M. LYNCH
John M. Lynch, #56604MO
5770 Mexico Road, Suite A
St. Peters, MO 63376
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

**Attorney for Defendant Kevin Kahrig**

1

## Certificate of Service

I hereby certify that on this 14th day of March 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Peter T. Reed
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208

E/S JOHN M. LYNCH